IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL DEWAYNE CONNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-373-TFM-MU |
| | ) |
| **SEAN P. COSTELLO,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM OPINION AND ORDER**

On August 1, 2025, the Magistrate Judge entered a report and recommendation which recommends the Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 7) be granted and this action dismissed with prejudice in its entirety. *See* Doc. 19. Plaintiff timely filed objections (Doc. 20) and Defendants timely filed their response to objections (Doc. 22). The Report and Recommendation is now ripe for review.

Having reviewed Plaintiff's objections, the Court acknowledges the interest in the appointments clause as it relates to United States Attorneys – not only in this case but in general. However, as interesting as the legal issue may be, the Court is bound by Supreme Court and Eleventh Circuit precedent as discussed extensively in the Report and Recommendation. Therefore, while his objections are certainly understandable, these are issues that were resolved in his original criminal case and there is no contrary caselaw binding upon this Court that gives the undersigned the ability to further revisit the issue. Therefore, the objections must be overruled.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the

opinion of this Court. Accordingly, Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 7) is **GRANTED** and this case is **DISMISSED with prejudice.**

Final Judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 27th day of August, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE